# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, On the 24th day of April, two thousand and thirteen,

Fishbein

v.

All Market, Inc.

**STIPULATION**
Docket Number: 12-3892

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b).

Dated: 4/24/13

_____
Christopher A. Bandas of Bandas Law Firm, P.C., on behalf of Objector Timothy Blanchard

Dated: 4/24/13

_____
Gregory Asciolla of Labaton Sucharow LLP, on behalf of Plaintiffs

Dated: 4/24/13

_____
Patrick J. Sheehan of Whatley Drake & Kallas, LLC, on behalf of Plaintiffs

Dated: 4/24/13

_____
Scott Voelz of O'Melveny & Myers LLP, on behalf of Defendant All Market Inc.